IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-50508

_____

SURAN WIJE,

       Plaintiff - Appellant

v.

DAVID A. BURNS; UNIVERSITY OF TEXAS AT AUSTIN (UT); JANE DOE; JOHN DOE,

       Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Texas
1:16-CV-1179

_____

**Certified as a true copy and issued as the mandate on Oct 24, 2017**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

Before DAVIS, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:

      This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this employment discrimination case, the district court entered final judgment dismissing the case on May 8, 2017. Therefore, the final day for filing a timely notice of appeal was June 7, 2017. The plaintiff's notice of appeal was filed on June 13, 2017. The time limitation for

Case: 17-50508    Document: 00514207858    Page: 2    Date Filed: 10/24/2017
Case 1:16-cv-01179-SS   Document 26   Filed 10/24/17   Page 2 of 3

17-50508

filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 24, 2017

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50508   Suran Wije v. David Burns, et al
                       USDC No. 1:16-CV-1179

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Melissa V. Mattingly, Deputy Clerk
                       504-310-7719

cc w/encl:
    Mr. Suran Wije